```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
      -v.-                          :    22 Cr. 589 (LGS)
                                    :
KONRAD BICHER,                      :
                                    :
            Defendant.              :
                                    :
                                    :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Matthew Weinberg, dated November 11, 2022;

WHEREAS on or about August 11, 2022, the Government sought from the Honorable Jed S. Rakoff an order authorizing the United States Internal Revenue Service ("IRS") to disclose taxpayer return information relevant to an ongoing investigation;

WHEREAS on or about August 12, 2022, Judge Rakoff signed such an order (the "Tax Order");

WHEREAS on or about October 18, 2022, the IRS produced documents to the Government in response to the Tax Order (the "Tax Documents");

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code,

the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

SO ORDERED.

The Clerk of the Court is directed to terminate the letter motion at docket number 18.

Dated: November 15, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**