

# LAW OFFICES OF HOWARD J. SCHUMACHER, P.A.

*Application Granted. Defendant's conditions of bail are hereby modified to permit travel to the Eastern District of Pennsylvania for employment purposes. Defendant shall provide his Pretrial Services Officer with his itinerary in advance of any travel. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 23.*

December 7, 2022

*Dated: December 9, 2022*
*New York, New York*

The Honorable Lorna G. Schofield
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

RE:   *USA v. Konrad Bicher*, 22 Cr 589 (LGS)

Dear Judge Schofield:

Attached is an unopposed Order for Modifications to conditions of release for Mr. Bicher. The order, if entered by the Court, would allow Mr. Bicher to travel to the Eastern District of Pennsylvania, where he and his family would be manufacturing and distributing luxury shipping container homes. They would be manufactured in Pine Grove, PA and distributed within an 1 to 1.5 hour travel radius from that point, including Reading, PA and Lancaster, PA. He would fly in and out of Philadelphia. All of the above cities and counties are contained in the Eastern District of Pennsylvania.

AUSA Matthew Weinberg deferred to Mr. Bicher's Pre-trial Service officer's position regarding the Government's agreement. The undersigned has spoken with USPO Matthew Gosser with U.S. Pretrial Svc. in Austin, TX ((254) 981-6345; matthew_gosser@txwpt.uscourts.gov), who does not oppose this Motion.

Please let me know if you need anything additional.

Respectfully submitted,

/S/ Howard J. Schumacher
Howard J. Schumacher, Esq.

HJS/ts