UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                              Plaintiff,

                              22 Cr. 589 (LGS)
           -against-

                              ORDER
    KONRAD BICHER,
                            Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Order dated December 16, 2022, the deadline for Defendant to file any reply memorandum of law on his motion to sever was January 20, 2023;

       WHEREAS, no such memorandum of law was filed.  It is hereby

       **ORDERED** that Defendant may, but need not, file a reply memorandum of law no later than **January 25, 2023**.  If he does not do so, the motion will be considered fully submitted.

Dated: January 23, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE