UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

    KONRAD BICHER,
                              Defendant.
------------------------------------------------------------ X

22 Cr. 589 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Konrad Bicher's sentencing hearing will be held on **November 6, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **October 16, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **October 19, 2023.**

Dated: July 5, 2023
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**