

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2024

**BY EMAIL AND ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Konrad Bicher*, S1 22 Cr. 589 (LGS)

Dear Judge Schofield:

  The Government writes in advance of sentencing in the above-captioned matter. Specifically, enclosed please find two victim impact statements received to date in connection with this proceeding.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

          By: _____
            Matthew Weinberg
            Assistant United States Attorney
            (212) 637-2386

cc (by email and ECF): Howard Schumacher, Esq.