UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                  -against-

   KONRAD BICHER,
                                  Defendant.
------------------------------------------------------------ X

22 Cr. 589 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for January 29, 2024, is adjourned to **March 18, 2024, at 11:00 a.m**. due to a conflict in the Court's calendar.

Dated: January 25, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE