UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,               :

                                            :

                                            :               22 Cr. 589 (LGS)

               -against-                     :

                                            :                 <u>ORDER</u>

KONRAD BICHER,                      :

                                 Defendant.   :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for March 18, 2024, is

adjourned to **May 21, 2024, at 11:00 a.m.**


Dated: March 14, 2024
       New York, New York

                                     **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**