# HJS

## LAW OFFICES OF HOWARD J. SCHUMACHER, P.A.

April 23, 2024

The Honorable Lorna G. Schofield
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted.  The sentencing hearing currently scheduled for May 21, 2024, is adjourned to **July 22, 2024, at 11:00 a.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 60.

Dated: May 2, 2022
New York, New York



LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE: *USA v. Konrad Bicher*, 22 Cr 589 (LGS)

Dear Judge Schofield:

I am attaching an order to continue Mr. Bicher's sentencing, presently scheduled for May 21, 2024 for a two-week period.  I have been unable to reach Mr. Weinberg after several attempts by email, text and voicemail on his cellular phone over the last week. I'm unable to articulate the Government's position, and I do not want to delay the filing of this request further.  I understand, from an automated response to e-mail, that he is(was) in trial with Judge Kaplan.  I'm unable to advise further on that.

The request is made based upon pre-paid plans to do an inner passage cruise in Alaska with my Wife.  I've attached our itinerary herewith. This cruise was booked 9/6/2023 (See p.1 of 7) [emphasis added].  The cruise actually runs 5/23/2024 to 5/30/2024, but we are scheduled to stay in Vancouver at the Fairmont Hotel 5/21/2024 to 5/23/2024 (See p. 4 of 7) [emphasis added]. I have, of course, previously provided the request to provide me its position to the Government, along with an advanced copy of the itinerary.

In summary, I am respectfully requesting this Court re-set the sentencing for Mr. Bicher the week of June 3d through the 7th

Please advise our office if you need anything additionally.

Respectfully submitted,

/S/ Howard J. Schumacher
Howard J. Schumacher, Esq.

HJS/rs





**GUEST COPY**

Rena Schumacher
,
USA
PHONE: +1 9547096691
SILVERSEA CONTACT: Elise Amato

# YOUR VOYAGE CONFIRMATION

Please find your updated INVOICE below.

## BOOKING DETAILS

| | | | |
|---|---|---|---|
| BOOKING #: | 494042-23 | ISSUE DATE: | 9/6/2023 |
| SHIP: | Silver Nova | DURATION: | 7 days |
| EMBARK: | Vancouver, Canada | EMBARK DATE: | 5/23/2024 |
| DEBARK: | Seward (Anchorage, Alaska), USA | DEBARK DATE: | 5/30/2024 |
| VOYAGE: | SN240523007 | SUITE / CATEGORY: | 8065 / Medallion |

## PAYMENT SCHEDULE (Currency U.S. DOLLARS)

| | | |
|---|---|---|
| DEPOSIT DUE | 9/8/2023 | $~~3,006.00~~ |
| FINAL PAYMENT | 1/24/2024 | $~~17,034.00~~ |

## FINANCIAL SUMMARY AND GUEST INFORMATION

Guest names should be exactly as they appear on passport.

IMPORTANT: Please make sure names appear as per passport; administration fees may apply in case of name updates and might be not allowed once air tickets are issued. Urgently contact your Travel Advisor if they are not.

| | GUEST 1 | GUEST 2 |
|---|---|---|
| NAME: | MRS RENA JESSICA SCHUMACHER | MR HOWARD JAMES SCHUMACHER |
| VS #: | | |
| GATEWAY: | FT.LAUDERDALE/USFL | FT.LAUDERDALE/USFL |
| DOOR TO DOOR FARE: | $~~2,600.00~~ | $~~2,600.00~~ |
| ECONOMY CLASS PROMOTION AIR: | Included | Included |
| HOTEL PACKAGES: | $ 420.00 | $ 420.00 |
| SHORE EXCURSIONS: | Included | Included |
| PRIVATE EXECUTIVE TRANSFER: | Included | Included |
| TRAVEL INSURANCE: | DECLINED | DECLINED |
| GUEST'S TOTAL CHARGE: | $~~10,020.00~~ | $~~10,020.00~~ |

| | |
|---|---|
| TOTAL CHARGE | $~~20,040.00~~ |
| CREDIT CARD RECEIVED | $~~3,006.00~~ |
| BALANCE DUE | $~~17,034.00~~ |

## OTHER INFORMATION

| | |
|---|---|
| Amenities | SBC500 $500 Ship Credit |
| Amenities | SBC500 $500 Ship Credit |





**SILVERSEA**

GUEST COPY
BOOKING #: 494042-23
ISSUE DATE: 9/6/2023

## PRIVATE EXECUTIVE TRANSFER

Silversea, in partnership with Blacklane, offers chauffeured transportation from guests' home to their departure airport and return service home at the end of their vacation. Silversea will cover the cost of a pre-determined distance, 50 miles/80 kilometers. Should the distance of the trip be longer than the covered mileage guests will be able to pay for the additional miles directly with Blacklane. You will receive an email 4 weeks before your departure with detailed instructions on how to book this service. If you have not received your email by 3 weeks before departure, please contact your Travel Advisor. Guests are responsible for booking their pick up directly with Blacklane, once instructions are received and based on flight departure and arrival scheduled. Silversea will not be responsible for any delays, which could cause a guest to miss their flight and/or their cruise.

## CANCELLATION FEE AND SCHEDULE

Silversea's cancellation fees as mentioned below are strictly enforced with no exceptions. Silversea recommends that guests purchase cancellation insurance to protect themselves against unforeseen cancellations and emergencies.

No refund or adjustment will be made in the event of interruption or cancellation of the cruise holiday after the commencement of same.

Silversea reserves the right to re-invoice in the event of errors.

| DAYS PRIOR TO DEPARTURE | CANCELLATION DATES | CANCELLATION FEES |
|---|---|---|
| **CRUISE CANCELLATION** | | |
| From deposit up to 151 days prior to sailing | Until Dec 24, 2023 | $250 per person* |
| 150-121 days prior to sailing | Dec 25, 2023 - Jan 23, 2024 | 15% of full fare |
| 120-91 days prior to sailing | Jan 24, 2024 - Feb 22, 2024 | 25% of full fare |
| 90-61 days prior to sailing | Feb 23, 2024 - Mar 23, 2024 | 50% of full fare |
| 60-31 days prior to sailing | Mar 24, 2024 - Apr 22, 2024 | 75% of full fare |
| 30-0 days prior to sailing | Apr 23, 2024 - May 23, 2024 | 100% of full fare |
| **SILVERSEA AIR PROGRAMME CANCELLATION** | | |
| The following cancellation fees for the "Silversky" Air Program are in addition to the applicable cruise penalty, deviation charges, air supplier charges and any Fees previously incurred | | |
| 90-61 days prior to sailing | Feb 23, 2024 - Mar 23, 2024 | $150 per person processing fee |
| 60-0 days prior to sailing | Mar 24, 2024 - May 23, 2024 | $150 per person processing fee and 100% of the Air/Sea Package fare |
| **SILVER SHORE SIMPLY HOTEL & GRANDE HOTEL PROGRAMME CHANGES AND CANCELLATION** | | |
| 90-61 days prior to sailing | Feb 23, 2024 - Mar 23, 2024 | $100 per person |
| 60-0 days prior to sailing | Mar 24, 2024 - May 23, 2024 | 100% of the programme fare per person |
| **TRANSFER-ONLY OPTION CHANGES AND CANCELLATION** | | |
| 5-0 days prior to sailing or non-appearance at the time of transfer | May 18, 2024 - May 23, 2024 | 100% of the programme fare per person |

* This fee will be converted to a future cruise credit (FCC) redeemable on a new booking made up to 2 years after cancellation, on any sailing commencing no later than one year after the expiry date of the FCC.

# SILVERSEA



**GUEST COPY**
BOOKING #: 494042-23
ISSUE DATE: 9/6/2023

## TRAVEL INSURANCE

MRS RENA JESSICA SCHUMACHER         MR HOWARD JAMES SCHUMACHER

Travel Insurance has been declined

## PAYMENT

Should you have any questions, please contact your Silversea Representative using the contact details on your covering email.

Payments made via wire transfer for the above mentioned booking should be sent as follows:

Note the Silversea booking number(s) in the reference section of the wire transfer. Please send a scanned copy of the wire transfer receipt with the booking number(s) to (954) 759-5047 or email resadm@silversea.com. This will ensure the payment is posted to the proper reservation(s). Wire Instructions: Bank of America - Ft. Lauderdale, FL ABA# 026009593 S.W.I.F.T Code BOFAUS3N Silversea Account: 003603984188

## AIR ARRANGEMENTS

All flight itineraries are subject to schedule/routing changes.
Seat assignments, frequent flyer information and special meal requests need to be arranged directly with the air carriers.
Guests' full name as it appears on their passport are required at time of booking and full passport details are required on or before the final payment date or flights confirmed below are subject to cancellation. Name changes/corrections are not permitted.
Business and Premium Economy Class air upgrades are capacity-controlled, apply to international flights and do not apply to U.S. domestic or intra-continental flights within North America, Europe, South America, Asia or Africa, in which case economy class will be substituted.

Flight Detail: To be advised


Baggage Policy: Guests are, at all times, responsible for airline baggage fees. For travel to/from and within the United States, please visit https://bags.amadeus.com/ or the individual air carriers website for a complete listing of baggage fees.
Guests are fully responsible for any/all additional hotel/transfer costs for those destinations where a forced overnight may be required or requested, but is not included in the original Silversea Cruise Air Add-on price.
Silversea Cruises' standard Air Programme policies apply. In addition, all other Silversea Cruises' Terms and Conditions apply.

It is important to note that all airlines are required by law to provide border control agencies access to passenger data. Accordingly any information we hold about you and your travel arrangements may be disclosed to the customs and immigration authorities of any country in your itinerary. Final documents cannot be released until guests have provided all applicable information to Silversea Cruises.

Flight itineraries to certain countries may be subject to insecticide spraying prior to a flight or while you are on the aircraft. Please refer to the Department of Transportation's website at: airconsumer.ost.dot.gov/spray.htm for more information.

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five year's imprisonment and penalties of $250,000 or more (49 U.S.C. 5124) Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives, and radioactive materials. Examples: paints, lighter fluid, fireworks, tear gasses, oxygen bottles, and radio-pharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information please contact the air carrier included in your itinerary.




**GUEST COPY**
BOOKING #: 494042-23
ISSUE DATE: 9/6/2023

## HOTEL ARRANGEMENTS

**GUEST(S) NAME**

MRS RENA JESSICA SCHUMACHER   MR HOWARD JAMES SCHUMACHER

| | | | |
|---|---|---|---|
| PRE-CRUISE HOTEL: | FAIRMONT WATERFRONT HOTEL 5/21/2024 | ROOM TYPE: | FAIRMONT ROOM 5/23/2024 |
| ADDRESS: | 900 CANADA PLACE WAY, VANCOUVER | TELEPHONE: | 604-691-1991 |

Located on the city's dynamic harbor front, Fairmont Waterfront is a world class luxury hotel in Vancouver, and proudly embraces a sustainable philosophy. We offer upscale comfort, personalized service, and unparalleled West Coast views, with easy access to everything that makes Vancouver spectacular.

## TRANSFER ARRANGEMENTS

Noted below are the additional transfers that have been purchased for this voyage. Transfers to and/or from the airport have been arranged based on the flight schedule noted below. Please ensure our Reservations Department has the correct flight information at least 45 days prior to sailing. Transfers to and from the hotel are to the hotels listed in the Silversea Cruise Atlas

**GUEST(S) NAME**

MRS RENA JESSICA SCHUMACHER   MR HOWARD JAMES SCHUMACHER

| | | |
|---|---|---|
| PRE-CRUISE TRANSFER: TRANSFER ON | FROM: AIRPORT 5/21/2024 | TO: FAIRMONT WATERFRONT HOTEL |
| PRE-CRUISE TRANSFER: TRANSFER ON | FROM: FAIRMONT WATERFRONT HOTEL 5/23/2024 | TO: PIER |
| POST-CRUISE TRANSFER: TRANSFER ON | FROM: PIER 5/30/2024 | TO: TRAIN STATION |

THIS TRAIN TRANSFER FROM SEWARD PIER TO THE ANCHORAGE AIRPORT IS PROVIDED WITH OUR COMPLIMENTS. ESTIMATED ARRIVAL TIME AT THE APT. TRAIN STATION IS 1:00PM. PLS DO NOT BOOK FLIGHTS BEFORE 3:30PM. CRUISE-ONLY GUESTS:SILVERSEA IS NOT LIABLE FOR MISSED FLIGHTS.

Case 1:22-cr-00589-LGS  Document 611  Filed 05/02/24  Page 6 of 9



**SILVERSEA**

**GUEST COPY**
BOOKING #: 494042-23
ISSUE DATE: 9/6/2023

## VISA INFORMATION

Silversea provides visa information as a courtesy and does not guarantee the accuracy of such information. Visa requirements are subject to change without notice. It is the guest's sole responsibility to ensure all documentation requirements are met prior to arrival.

Any guest participating in Pre, Post or Mid-Voyage Land Program's must check the full program descriptions for any visas or documentation required.

If traveling internationally, the countries you are flying to and/or connecting through may have separate visa or travel requirements. Please check with your air carrier or the appropriate consulates to ensure you meet all documentation requirements prior to boarding your flight.

Most countries require passports to be valid a minimum of 6 months beyond travel. Please check your passport prior to travel to ensure you have the validity required by each country in your itinerary.

The following visa information applies to US and Canadian passport holders unless otherwise noted. If you are not a US or Canadian passport holder you may require visas for countries not listed. Please check with the appropriate consulates for your nationalities' specific visa requirements.

Guests arriving without the required travel documents for their itinerary may be denied boarding. In some cases a conditional embarkation may be possible, but not guaranteed. Certain conditions must be met including, but not limited to:

- If the port regulations in the country the documentation has not been secured to enter permits the guest to remain onboard without penalty.
- The itinerary offers a legal point of debarkation prior to the ship's arrival, in the country the guest does not have the legal documentation to enter.
- All guests must also comply, without delay, with the requirements of all immigration, port, health, customs and police authorities, and all other laws and regulations of each country or state from or to which the guest will travel. The carrier shall not be liable to ensure the guests' compliance nor for a guests' failure to comply and the guest must reimburse Silversea for any resulting expenses or fines that it may be incurred in such circumstances.

### Canada

United States passport holders do not require a Canadian ETA (Electronic Travel Authorization) to enter or leave Canada. Please note, a valid US passport is required, and no other form of ID will be accepted.

Nationals from the following 55 countries can enter Canada by ship with just a valid passport. However, if entering Canada by air a Canadian ETA (Electronic Travel Authorization) will be required:
Andorra, Antigua and Barbuda, Australia, Austria, Bahamas, Barbados, Belgium, Brazil, Brunei, Bulgaria, Chile, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Mexico, Monaco, Netherlands, New Zealand, Norway, Papua New Guinea, Poland, Portugal, Romania, Samoa, San Marino, Singapore, Slovakia, Slovenia, Solomon Islands, South Korea, Spain, Sweden, Switzerland, Taiwan, United Kingdom, Vatican City.

<u>All other Nationals</u>

Please use the government of Canada's visa check tool at https://www.cic.gc.ca/english/visit/visas.asp to determine your specific nationalities documentation requirements.

Silversea Cruises requires all guests to present a valid passport upon embarkation.
All passports must be valid for 6 months beyond travel.
No other form of ID will be accepted regardless of the itinerary. Any guest without a valid passport will be DENIED BOARDING.

## TERMS AND CONDITIONS




**GUEST COPY**
BOOKING #: 494042-23
ISSUE DATE: 9/6/2023

Any payment made towards a booking shall constitute an acknowledgment that the Guest has read the Booking Ticket Agreement, and that Guest understands, accepts and agrees to be bound by the Booking Ticket Agreement the terms of which will apply to persons who have booked a journey regardless of whether or not they have started the journey.

The Booking Ticket Agreement can be viewed here. Alternatively please visit Silversea.com for full Booking Ticket Agreement.



# SILVERSEA

**GUEST COPY**
BOOKING #: 494042-23
ISSUE DATE: 9/6/2023

# Vancouver to Seward (Anchorage, Alaska)



We look forward to welcoming you onboard **Silver Nova** departing on **May 23, 2024**. Below, you will find the details of your voyage.



## WHAT'S INCLUDED

- Air Programme
- Spacious suites – over 85% with private verandas
- Personalised service – nearly one crew member for every guest
- Butler service in every suite – all guests are pampered equally
- Open-seating dining options – dine when and with whomever you please
- Diversity of dining venues – casual, romantic, regional delicacies, and gourmet cuisine
- Beverages in-suite and throughout the ship – select wines, premium spirits, specialty coffees and soft drinks, plus your own tailored mini-bar
- In-suite dining and 24-hour room service – always complimentary, always available
- Sophisticated entertainment from live music to production shows
- Enrichment lecturers, acclaimed chefs and destination consultants
- Complimentary transportation into town in most ports
- Gratuities always included in your fare

**Vancouver to Seward (Anchorage, Alaska)**
*Silver Nova - 7 Days*
May 23, 2024    Voyage SN240523007

| Date | | Arrive | Depart |
|---|---|---|---|
| 23 | Vancouver, Canada | | 7:00 PM |
| 24 | Cruise Inside Passage, USA | | |
| 25 | Ketchikan, USA | 8:00 AM | 4:00 PM |
| 26 | Juneau (Alaska), USA | 9:30 AM | 10:00 PM |
| 27 | Skagway (Alaska), USA | 7:00 AM | 5:00 PM |
| 28 | Sitka (Alaska), USA | 9:00 AM | 4:00 PM |
| 29 | Cruise Hubbard Glacier, Alaska, USA | 8:00 AM | 12:00 PM |
| 30 | Seward (Anchorage, Alaska), USA | 7:00 AM | |

**SPECIALTY DINING RESERVATIONS**
Open for reservations: January 24, 2024

**SHORE EXCURSIONS**
Available for reservations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 22-CR-00589-LGS

UNITED STATES OF AMERICA,
  vs.

KONRAD BICHER

                     /

<u>ORDER</u>

THIS CAUSE having come before the Court on Counsel for Defendant's Motion to Continue the sentencing hearing for a period of not less than two-weeks from its present setting of May 21, 2024, and the Court being duly advised, it is thereupon

ORDERED AND ADJUDGED that Defendant's Motion is hereby granted. This matter shall be reset under separate order of the Court.

DONE AND ORDERED this _____ day of April, 2024 in Chambers, NYC, NY

                                                   U.S. District Court Judge